# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIONEL R. GAMET,<br><br>　　　　Defendant. | Case No.　　CR00-0148 C<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE** |

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Special/Assistant United States Attorney, DAVID JENNINGS; The defendant appears personally and represented by counsel, ROBERT GOLDSMITH ;

The Court having advised the defendant of the following allegations in the Petition(s) filed by the U.S. Probation Office:

(1) Committing crime of Assault 2nd Degree on or about May 26, 2007;
(2) Committing crime of Unlawful Possession of a Firearm 1st Degree on or about May 26, 2007; and
(3) Committing the crime of Possession of Cocaine on or about May 26, 2007.

The defendant having been advised of the maximum potential sanction if any of the allegation(s) is/are substantiated; and the *defendant thereafter freely and voluntarily acknowledging that he violated the conditions of supervised release as alleged in (3) above – possessing cocaine on or about May 26, 2007*, and denying allegations (1) and (2) set forth above; NOW THEREFORE

The matter is scheduled for a disposition hearing before the Honorable JOHN C. COUGHENOUR.

　　　　Date:　　　　FEBRUARY 15, 2008

　　　　Time:　　　　9:45 A.M.

( X )  Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.  The foregoing is subject to a DETENTION HEARING:

　　　　Date:　　　　JANUARY 28, 2008
　　　　Time:　　　　2:00 P.M.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

　　　　　　　　　　　　　**January 24, 2008.**
　　　　　　　　　　　　　 */s/ J. Kelley Arnold*_____
　　　　　　　　　　　　　**J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1