UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LIONEL R. GAMET,<br><br>Defendant. | CASE NO. CR00-148-JCC<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE<br>AS TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a revocation of supervised release evidentiary hearing in this case on February 5, 2008. The United States was represented by Douglas Whalley. The defendant was represented by Robert Goldsmith.

## CONVICTION AND SENTENCE

Defendant had been convicted of Conspiracy to Distribute Methamphetamine on or about September 28, 2001. The Honorable John C. Coughenour of this court sentenced Defendant to 84 months of confinement, followed by 5 years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

U.S. Probation Officer Brian Rogers alleged that Defendant violated the conditions of supervised release in the following respects:

(1) Committing the crime of Assault 2nd Degree, on or about May 26, 2007, in Seattle, Washington, in violation of standard condition that he not commit another federal, state, or local crime.

(2) Committing the crime of Unlawful Possession of a Firearm 1st Degree, on or about

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

May 26, 2007, in Seattle, Washington, in violation of the standard condition that he not commit another federal, state, or local crime.

(3) Committing the crime of Violation of the Uniform Controlled Substances Act (VUCSA) - Possession of Cocaine, on or about May 26, 2007, in Seattle, Washington, in violation of the standard condition that he not commit another federal, state or local crime.

I advised the defendant of the charges and of his constitutional rights. At a hearing on January 24, 2008 before the Honorable J. Kelley Arnold, Defendant admitted to violation number three, and denied allegations numbers one and two. At today's hearing, the defendant admitted to violation number 3 and the Government has agreed to dismiss violation numbers one and two. After hearing argument from defense counsel regarding release, the defendant was ordered detained.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the Court.

DATED this 6th day of February, 2008.

                                                                    MONICA J. BENTON
                                                                    United States Magistrate Judge

cc:  Sentencing Judge          :   Hon. John C. Coughenour
     Assistant U.S. Attorney   :   Douglas Whalley
     Defense Attorney          :   Robert Goldsmith
     U. S. Probation Officer   :   Brian Rogers

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-